UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DANIEL RAY DAVIS,

        Defendant.
_____/

Case No. 88-cr-20063

Hon. Bernard A. Friedman

## Index of Exhibits

Exhibit 1:  Inmate Disciplinary Data

Exhibit 2:  BOP RIS Records

Exhibit 3:  BOP Medical Records – Filed Under Seal

Exhibit 4:  Inmate Education Data Transcript