```
   CSTAG           *       INMATE EDUCATION DATA      *      04-09-2021
PAGE 001           *            TRANSCRIPT            *      15:40:05

REGISTER NO: 11609-039    NAME..: DAVIS                       FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ATW-ATWATER USP


--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
ATW  ESL HAS    ENGLISH PROFICIENT            10-16-1991 1638 CURRENT
ATW  GED DN     DROPPED GED NON-PROMOTABLE    04-29-2009 0952 CURRENT
ATW  GED UNSAT  GED PROGRESS UNSATISFACTORY   04-29-2009 0001 CURRENT


----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE   STOP DATE  EVNT AC LV   HRS
ATW        R1-BEGINNING WELLNESS USP      02-15-2021 CURRENT
ATW        R6-SHU SCIENCE PROGRAM 2       12-14-2020 12-21-2020    P   C  P     2
ATW        R6-SHU SCIENCE 1               12-14-2020 12-21-2020    P   C  P     2
ATW        R6-IP-BASIC COGNITIVE SKILLS   12-02-2020 12-02-2020    P   C  P    24
ATW        R4-COMMUNITY  REENTRY COUNCIL  10-11-2016 10-11-2016    P   C  P     7
ATW        R4-RAC INTERVIEW               05-06-2016 07-18-2016    P   C  P     4
ATW        R6- EARNING FREEDOM: M SANTOS  05-06-2016 06-14-2016    P   C  P    30
ATW        FACILITATOR COURSE             03-15-2012 05-31-2012    P   C  P    14
ATW        MEN STOP -  LEADERSHIP         02-22-2012 04-17-2012    P   C  P    18
ATW        MEN STOP - PUBLIC SPEAKING     01-05-2012 03-01-2012    P   C  P    20
ATW        MEN STOP - CIRCLES             12-06-2011 02-03-2012    P   C  P    25
HER        GEDE 7:30 A.M.                 04-28-2009 04-29-2009    P   W  V     0
FOM        GED STUDY MATH 9-10:30 M-F     04-21-2008 02-27-2009    P   W  I    35
FOM        MASONRY 7-8P M                 07-10-2008 09-11-2008    P   C  P    10
FOM        MANAGING MONEY; FINANCIAL C3   03-31-2008 05-05-2008    P   C  P    16
FOM        GED TESTED AWAITING RESULTS    06-15-2007 04-21-2008    P   W  I    39
FOM        GED STUDY 9-10:30 M-F          02-26-2007 06-18-2007    C   W  I     0
FOM        GED STUDY 9-10:30 M-F          02-05-2007 02-26-2007    C   W  I     0
FOM        ANGER MANAGEMENT GROUP/C6      02-11-2007 02-11-2007    P   C  P     1
FOM        ANGER MANAGEMENT GROUP         12-19-2005 04-06-2006    P   C  P     8
FOM        CDL TRUCK 6-7PM W              01-12-2006 03-16-2006    P   C  P    10
FOM        RPP ORIENTATION                04-28-2005 04-28-2005    P   C  P     1
BMP        GEDMED M-F 1:30-3:30 PM        01-27-2003 11-05-2003    P   W  V   222
BMP        LEGAL RESEARCH, SUN, 1:30 PM   12-01-2002 03-09-2003    P   C  P    15
BMP        GEDMED M-F 12:30-2:30 PM       10-07-2002 01-27-2003    C   W  V     0
BMP        GEDMED M-F 12:30-2:30 PM       07-02-2002 10-03-2002    P   W  V   120
BMP        2 HR.COURSE FOR OFF&REC AIDES  07-09-2002 09-26-2002    P   C  P    30
BMP        GEDMED M-F 12:30-2:30 PM       02-15-2002 05-24-2002    P   W  I   252
BMP        GEDMED M-F 7:30-9:30 AM        02-10-2002 02-15-2002    C   W  V     0
BMP        GED REFRESHER M-F 1:30-2:30 PM 08-13-2001 02-10-2002    C   W  V     0
BMP        PARENTING, TUES-THURS.1230-330 09-12-2000 10-24-2000    P   C  P    24
BMP        FITNESS II CLASS               07-21-1999 10-07-1999    P   C  P    90
LVN        PREGED CLASS 10-11:30AM        04-08-1992 12-14-1992    P   W  V   150
LVN        ABE12-2:00                     01-14-1991 01-23-1991    P   W  I    12


----------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST         SCORE      TEST DATE     TEST FACL    FORM      STATE
ABLE         LANGUAGE        10.5       12-03-1992    LVN
             NUMBER OPR      8.0        12-03-1992    LVN


G0002       MORE PAGES TO FOLLOW . . .
```

```
   CSTAG           *        INMATE EDUCATION DATA       *      04-09-2021
PAGE 002 OF 002  *              TRANSCRIPT              *      15:40:05

REGISTER NO: 11609-039      NAME..: DAVIS                         FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ATW-ATWATER USP

------------------------------ HIGH TEST SCORES ------------------------------
TEST           SUBTEST         SCORE      TEST DATE     TEST FACL    FORM      STATE
ABLE           PROB SOLV        13.0      12-03-1992    LVN
               READ COMP        13.0      09-18-2001    BMP          E
               SPELLING          8.7      12-03-1992    LVN
               VOCABULARY        8.2      12-03-1992    LVN
GED            AVERAGE         462.0      03-28-2007    FOM          FAIL      AR
               LIT/ARTS        480.0      03-28-2007    FOM          IH        AR
               MATH            380.0      06-12-2002    BMP          IB        TX
               SCIENCE         500.0      06-12-2002    BMP          IB        TX
               SOC STUDY       540.0      03-28-2007    FOM          IH        AR
               WRITING         410.0      03-28-2007    FOM          IH        AR
GED PRAC       AVERAGE         430.0      02-22-2007    FOM          PASS
               LIT/ARTS        460.0      02-22-2007    FOM          PE
               MATH            450.0      02-22-2007    FOM          PE
               SCIENCE         450.0      02-22-2007    FOM          PE
               SOC STUDY       420.0      02-22-2007    FOM          PE
               WRITING         410.0      02-22-2007    FOM          PE




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```