UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Criminal No. 88-CR-20063-02

vs.                                              HON. BERNARD A. FRIEDMAN

DANIEL DAVIS,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

On September 1, 2021, this matter came before the Court on defendant's motion for compassionate release (ECF No. 230). A hearing was held and argument heard. For the reasons stated on the record,

IT IS ORDERED that defendant's motion for compassionate release is granted.

IT IS FURTHER ORDERED that the government's oral motion to stay the order while it considers whether to appeal the Court's decision is denied.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
Dated: September 3, 2021      SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan